UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00117

**Miranda Wilt,**
*Plaintiff,*

v.

**Whitehouse Police Department et al.,**
*Defendants.*

**O R D E R**

 Plaintiff, proceeding pro se, brought this action on behalf of herself and her minor child, seeking redress under numerous federal and state statutes. Doc. 10-2. The case was referred to a magistrate judge. The magistrate judge issued a report recommending that all claims asserted on behalf of plaintiff's minor child be dismissed without prejudice for lack of jurisdiction. Doc. 25 at 1. Specifically, the magistrate judge found that plaintiff lacked standing to bring claims on behalf of her minor child on a pro se basis. *Id.* at 11–12. Thereafter, the magistrate judge issued another report that recommended dismissal of plaintiff's remaining claims with prejudice for failure to state a claim on which relief can be granted. Doc. 32 at 9. Plaintiff did not object to either report.

 When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the reports' findings and recommendations. Plaintiff's federal claims asserted on her own behalf are dismissed with prejudice for failure to state a claim. Plaintiff's state law claims, as well as any claims asserted on behalf of plaintiff's minor child, are dismissed without prejudice for lack of subject-matter

and pendent jurisdiction. Any pending motions are denied as moot.

*So ordered by the court on September 26, 2025.*

                                            J. Campbell Barker
                                       United States District Judge